**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carl Leverne PENDER, Jr.,**
**Defendant–Appellant.**

**No. 13–14314**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 4, 2014.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

James H. Burke, Jr., Susan Good Yazgi, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Carl Leverne Pender, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Pender's conviction and sentence are **AF-FIRMED.**